# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WILLLIE JAMES TUNSTALL, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIV. A. NO. 19-00240-WS |
| v. ) | |
| ) | CRIM. A. NO. 17-0231-WS-MU-1 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

**DONE** this 11th day of March, 2022.

  s/William H. Steele
UNITED STATES DISTRICT JUDGE